

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Spoon Ranch Family Limited
Partnership and DDMP, LLC,

* From the 1st Multicounty Court at Law
  of Mitchell County,
  Trial Court No. CCL17799

Vs. No. 11-22-00210-CV

* November 30, 2023

Atmos Energy Corporation,

* Opinion by Trotter, J.
  (Panel consists of: Trotter, J.,
  Williams, J., and Wright, S.C.J.,
  sitting by assignment)
  (Bailey, C.J., not participating)

This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed. The costs incurred by reason of this appeal are taxed against Spoon Ranch Family Limited Partnership and DDMP, LLC.